**William CALHOUN, Appellant,**

v.

**WAL–MART, Appellee.**

**No. 07–3210.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 31, 2009.

Filed: Aug. 5, 2009.

Michelle Whitaker Smith, Michelle Smith Legal Ministry, Saint Louis, MO, for Appellant.

John Frederick Kuenstler, Douglas M. Oldham, Barnes & Thornburg, Chicago, IL, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

William Calhoun appeals the district court's [1] order dismissing his employment-

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the

discrimination suit, in part because he failed to disclose the action in bankruptcy filings. Following careful review, we find no abuse of discretion in the application of judicial estoppel to Calhoun's claim. *See Stallings v. Hussmann Corp.,* 447 F.3d 1041, 1046 (8th Cir.2006) (standard of review). We decline Calhoun's request to modify the dismissal to be without prejudice, given that a without-prejudice dismissal would serve no purpose because Calhoun is estopped from pursuing his ac-

Eastern District of Missouri.

tion in the future. *See Paulucci v. City of Duluth,* 826 F.2d 780, 782–83 (8th Cir. 1987).

Accordingly, we affirm. *See* 8th Cir. R. 47B.